# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERIAN JEROME BAILEY

NO. 2025 KW 0604

**JULY 3, 2025**

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-05281.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT GRANTED.** The defendant bears a heavy burden of proof when alleging prejudicial joinder and is required to make factual, rather than conclusory, allegations. **State v. Morris**, 99-3075 (La. App. 1st Cir. 11/3/00), 770 So.2d 908, 913, writ denied, 2000-3293 (La. 10/12/01), 799 So.2d 496, cert. denied, 535 U.S. 934, 122 S.Ct. 1311, 152 L.Ed. 2d 220 (2002). The trial court abused its discretion in finding that the defendant carried his burden of proof to establish prejudicial joinder. Accordingly, the ruling granting the motion to sever is reversed, and this matter is remanded for further proceedings.

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT